```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UNITED STATES OF AMERICA               :
                                       :   1: 09CR01052 (LAK)
      -against-                        :   ORDER
                                       :
JASON HORSFORD                         :
                                       :
      Defendant                        :
                                       :
---------------------------------------X
```

RECEIVED NOV 20 2019 JUDGE KAPLAN'S CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-26-19

HONORABLE LEWIS A. KAPLAN, Senior United States District Judge:

It is hereby ORDERED that the conditions of supervised release be modified to include residential substance abuse treatment and a one-week imposition of a curfew, to be enforced by location monitoring. The curfew shall begin today, November 19, 2019, and expire on November 26, 2019 as the supervisee shall be entering a residential treatment on or around that date.

Dated: New York, New York
       November 26, 2019

                              SO ORDERED:

                              _____
                              Honorable Lewis A. Kaplan
                              United States District Judge

# Waiver of Hearing
## to
# UNITED STATES DISTRICT COURT
## for the
# SOUTHERN DISTRICT OF NEW YORK

Prob 57420

I, Jason Horsford, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release. By assistance of counsel, I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to me if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following:

1. You are subject to a curfew enforced by location monitoring for a period of one week and must abide by all technology requirements. You must pay all or part of the costs of participation in the location monitoring program as directed by the court and the probation officer.

   X. Location monitoring technology at the discretion of the officer.
   X. You are restricted to your residence every day from 8 a.m. to 6 p.m.

2. You will participate in an inpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether you have reverted to using drugs or alcohol. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance abuse treatment provider.

Witness: _Lauren Blackford_   Signed: _Jason Horsford_
U.S. Probation Officer                Supervisee

Lauren Blackford                         Jason Horsford
Printed Name of Witness

Date: November 19, 2019